F I L E D
IN CLERK'S OFFICE
US DISTRICT COURT

★ FEB 28 2019

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated
persons,

                         Plaintiff,

    -against-

DELICIOUS HOSPITALITY, LLC and LEGACY
RECORDS NYC, LLC,

                         Defendants.
-----------------------------------------------------------X

Case No.: 18-cv-4848

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

        **IT IS FURTHER STIPULATED AND AGREED,** Defendants are committed to improving the accessibility of its Websites: www.dhgnyc.com, www.legacyrecordsrestaurant.com, www.charliebirdnyc.com, www.pasqualejones.com, and www.parcellewine.com, as described in the Parties' confidential settlement agreement. Defendants shall improve the accessibility of all Websites by January 31, 2021 in accordance with Web Content Accessibility Guidelines ("WCAG") WCAG 2.0 Level A and AA.

        **IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website and Affiliated Websites shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may

not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendants. The Parties agree Defendants are not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendants will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
~~January~~ Feb. 20, 2019

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:   New York, New York
         January 28, 2019

SHAKED LAW GROUP, P.C.
*Attorneys for Plaintiff*

_____
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
(917) 373-9128

**SO ORDERED**
s/I. Leo Glasser, USDJ
_____
Hon. ~~Vera M. Scanlon, U.S.D.J.~~
I. Leo Glasser
USDJ